IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SPIRE STL PIPELINE LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>3.31 ACRES OF LAND, et al.,<br><br>　　　　Defendants. | Case No: 4:18-CV-1327 |

## DEFENDANTS' MOTION FOR SETTLEMENT CONFERENCE

Come now Defendants (**identified in Exhibit 1**), (collectively "Defendants"), by counsel, and motions this Court for a settlement conference after or during the pre-trial conference currently scheduled for November 13, and in support of this motion, states as follows:

1. This matter is currently set for a pre-trial conference on November 13, and a hearing on Plaintiff's Motion for Preliminary Injunction on November 19-21.

2. In the interest of judicial efficiency and potential resolution, Defendants would recommend to this Court that a settlement conference take place either concurrent to or after the pre-trial conference.

3. The Defendants would further request that people with settlement authority from each party be physically present OR available via phone call during the settlement conference.

WHEREFORE, the Defendants request that a settlement conference take place during or after the pre-trial conference currently set for November 13, 2018, and that individual(s) with settlement authority be available either in-person or telephonically

during that settlement conference.

                                                                                                      Respectfully Submitted,

                                          ***/s/ Jordan H. Walker***
                                          Illinois Bar No. 6310424
                                          Federal Bar No. 6310424IL
                                          SEVER STOREY, LLP
                                          881 3rd Ave. SW, Suite 101
                                          Carmel, IN  46032
                                          Telephone:  (317) 575-9942
                                          Telefax:  (317) 575-9943
                                          Jordan@landownerattorneys.com
                                          *LEAD COUNSEL*
                                          *ATTORNEY TO BE NOTICED*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing was served by mail, hand delivery, or electronic notice on all parties on November 9th, 2018.


*/s/ Jordan H. Walker*