Commissioners respectfully request receiving the following in "word":

1 SPIRES ORIGINAL COMPLAINT AND AMENDED TO COMPLAINT

2 STIPULATIONS OF FACTS

3 Deposition pages used in cross examination.

4 Lists of exhibits in evidence

5 Instructions to commissioners

6 ORDER/JUDGMENT OF CONDEMNATION

7 FEDERAL RULE(S) UNDER WHICH COMMISSIONERS ARE APPOINTED